UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN H. WILKES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMOBILE CLUB OF<br>SOUTHERN CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. CV 21-06378-JVS (RAOx)<br><br>ORDER DISMISSING COMPLAINT |

　　　　On August 8, 2021, Plaintiff Justin H. Wilkes ("Plaintiff") filed a complaint without paying the filing fees or filing a request to proceed *in forma pauperis* ("IFP request"). Dkt. Nos. 1, 2. On August 25, 2021, Plaintiff filed an IFP request. Dkt. No. 3. On September 2, 2021, the Court denied the IFP request because Plaintiff listed funds on his IFP request that would be sufficient to pay the filing fees. Dkt. No. 7. The Court ordered Plaintiff to pay the filing fees in full within 30 days or the case would be dismissed. *Id.*

///

///

///

///

///

The deadline for paying the filing fees has passed, and Plaintiff has failed to do so. Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/25/21

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE