UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN H. WILKES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. CV 21-06378-JVS (RAOx)<br><br>JUDGMENT |

In accordance with the Order Dismissing Complaint issued concurrently herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED: 10/25/21

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE